

# NUMBER 13-23-00268-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**GERALD MORA,**                                                                 **Appellant,**

**v.**

**CHRISTOPHER DORSEY,**                                                   **Appellee.**

---

### ON APPEAL FROM THE 36TH DISTRICT COURT
### OF BEE COUNTY, TEXAS

---

### MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Peña**

On June 22, 2023, appellant filed a notice of appeal. On November 29, 2023, the Clerk of the Court notified appellant that his amended appellant's brief did not comply with the applicable rules of appellate procedure. *See* TEX. R. APP. P. 38.1(g). On December 22, 2023, the Clerk of the Court notified appellant that his brief had not been properly filed as instructed, and warned appellant that if he did not explain his failure to properly file his brief within ten (10) days of the receipt of the notice, that the instant appeal would be

dismissed for want of prosecution. *See id*. 38.8(a)(1). On January 4, 2024, the Clerk of the Court issued a "Final Notice" to appellant, informing him that although he had filed a "Second Amend[ment] on the Statement of Facts," he had failed to file an amended brief as requested. Appellant was notified that after ten (10) days from the receipt of the notice, his appeal would be dismissed for want of prosecution if the noted defect was not cured. *See id.* 42.3(b), (c). On February 6, 2024, the Clerk of the Court again issued a "Final Notice" to appellant, notifying him that he had still not filed an amended brief as requested, and informing him that he had ten (10) days from receipt of the notice to cure the defect or his appeal would be dismissed. *Id*. And on March 4, 2024, the Clerk of the Court again issued the same "Final Notice" to appellant alerting him as to the defective brief and warning him that failure to cure the defect would result in a dismissal of this appeal for want of prosecution. *Id*. This last letter was received by certified mail on March 22, 2024.

Appellant has failed to file an amended brief as requested and has otherwise not responded to the notices from the Clerk requiring a response or taken other appropriate action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
18th day of April, 2024.

2